IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINETTE D. BRANDY,<br><br>Defendant. | 4:20CR3096<br><br>INFORMATION<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)<br>18 U.S.C. § 2 |

The United States Attorney charges:

COUNT I

On or about March 31, 2020, in the District of Nebraska, Defendant ANTOINETTE D. BRANDY did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1); and Title 18, United States Code, Section 2.

UNITED STATES OF AMERICA, Plaintiff

JAN W. SHARP
Acting United States Attorney
District of Nebraska

By: Daniel Packard
Digitally signed by DANIEL PACKARD
Date: 2021.09.02 14:23:34 -05'00'

DANIEL PACKARD, #21991
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
Tel: (402) 437-5241
Fax: (402) 437-5390
E-mail: daniel.packard@usdoj.gov

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

Digitally signed by DANIEL PACKARD
Date: 2021.09.02 14:23:57 -05'00'

DANIEL PACKARD, #21991
Assistant U.S. Attorney