DEFENDANT: ANTOINETTE D. BRANDY
CASE NUMBER: 4:20CR3096-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **fifty-two (52) months.**

☒The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be allowed to participate in the Residential Drug Treatment Program or any similar drug treatment program available.
2. That the defendant be incarcerated in a federal facility as close as possible to **Gary, Indiana**.
3. Defendant should be given credit for time served. Defendant has been detained since 4/1/20.
4. That the defendant be allowed to participate in vocational and educational training while incarcerated appropriate with her past skills and education.

☒The defendant is remanded to the custody of the United States Marshal.

☐The defendant shall surrender to the United States Marshal for this district:

☐ at

☐ as notified by the United States Marshal.

☐The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 MAR 15 AM 11:54
OFFICE OF THE CLERK

## RETURN

I have executed this judgment as follows:

Defendant was delivered on 3-3-2022 to FCI GRE at Greenville, IL, with a certified copy of this judgment.

E. Williams
~~UNITED STATES MARSHAL~~ Warden

BY: S. Todd
~~DEPUTY UNITED STATES MARSHAL~~ CSO

2022 MAR 11 PM 12:12